

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00904-CV

Brittani **JACKSON**,
Appellant

v.

**LODGE AT SHAVANO PARTNERS** d/b/a The Lodge at Shavano Park,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023-CV-04505
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 24, 2024.

_____
Rebeca C. Martinez, Chief Justice